# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-12136-AMC

MILAGROS SANTIAGO

719 First Street

Lancaster, PA 17603-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MILAGROS SANTIAGO

    719 First Street

    Lancaster, PA 17603-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

                      /S/ William C. Miller

Date: 8/4/2016              _____

                      William C. Miller, Esquire
                      Chapter 13 Standing Trustee