# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

       Chapter 13

       Bankruptcy No. 16-12136-AMC

MILAGROS SANTIAGO

719 FIRST STREET

LANCASTER, PA 17603-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  MILAGROS SANTIAGO

  719 FIRST STREET

  LANCASTER, PA 17603-

Counsel for debtor(s), by electronic notice only.

  ZACHARY PERLICK, ESQ.
  1420 WALNUT ST
  SUITE 718
  PHILADELPHIA, PA 19102-

Date: 10/13/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee