```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 16-12136-amc
Milagros Santiago                                                Chapter 13
              Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2       User: Antoinett          Page 1 of 2         Date Rcvd: Dec 01, 2016
                           Form ID: 152             Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2016.
db             +Milagros Santiago,    719 First Street,    Lancaster, PA 17603-3623
cr             +City of Lancaster, Pennsylvania,    ZPNA,    22 South Duke Street,    Lancaster, PA 17602-3508
13699459        City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
13699460        City of Lancaster Utility Service,    39 W. Chestnut St.,    PO Box 1020,
                 Lancaster, PA 17608-1020
13699461        Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20811-0001
13743494       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,     P.O. Box 619096,   Dallas, TX 75261-9741)
13699462        Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13699464        PPL Electric,    2 North 9th St.,    Allentown, PA 18101-1175
13699463       +Penn Waste, INC.,    P.O. Box 3066,    York, PA 17402-0066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 02 2016 02:19:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:30
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 02 2016 02:18:55      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13713879        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 02 2016 02:23:02
                 American InfoSource LP as agent for,     T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13718416        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 02 2016 02:18:29
                 Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                 Harrisburg P A 17128-0946
13699465        E-mail/Text: bkrcy@ugi.com Dec 02 2016 02:19:12      UGI Utilities, Inc.,    P.O. Box 15523,
                 Wilmington, DE 19886-5523
13722763        E-mail/Text: bkrcy@ugi.com Dec 02 2016 02:19:12      UGI Utilities, Inc.,    PO Box 13009,
                 Reading PA 19612
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13772395        PPL Electric Utilities, 827 Hausman Road, Allentow
13735382*      +Penn Waste Inc.,    PO BOX 3066,   York, PA 17402-0066
13718417*       Pennsylvania Department of Revenue,    Bankruptcy division,   P O Box 280946,
                 Harrisburg P A 17128-0946
                                                                                 TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 1, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BARRY N. HANDWERGER    on behalf of Creditor   City of Lancaster, Pennsylvania bnh@zpnalaw.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
```

```
District/off: 0313-2          User: Antoinett             Page 2 of 2                   Date Rcvd: Dec 01, 2016
                              Form ID: 152                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        ZACHARY   PERLICK    on behalf of Debtor Milagros  Santiago Perlick@verizon.net, pireland1@verizon.net

        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Milagros Santiago

    Debtor(s)

Case No: 16–12136–amc

Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/21/17 at 10:00 AM , in Courtroom #5, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

30 – 10
Form 152