**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       MILAGROS SANTIAGO       : CHAPTER 13
                                     :
                                     :
             DEBTOR                  : BANKRUPTCY NO. 16-12136 AMC

CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I filed a Notice of an Application for Approval of Compensation and an Application for Approval of Compensation and Reimbursement of Expenses on January 24, 2017 and gave notice to the Debtor, the Trustee, and all interested parties and that they had twenty one (21) days to file an answer, objection or other responsive pleading; that more than twenty one (21) days have passed since the notices were mailed and I have not received an Answer, objection or other responsive pleading. I therefore request that the court enter the Order accompanying said application.

                              BY    /s/ Zachary Perlick
                                    Zachary Perlick, Esquire
                                    1420 Walnut Street, Suite 718
                                    Philadelphia, PA  19102
                                    (215) 569-2922