United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-12136-amc
Milagros Santiago                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett        Page 1 of 2               Date Rcvd: Apr 05, 2017
                             Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2017.
db             +Milagros Santiago,    719 First Street,    Lancaster, PA 17603-3623
cr             +City of Lancaster, Pennsylvania,    ZPNA,    22 South Duke Street,    Lancaster, PA 17602-3508
13699459        City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
13699460        City of Lancaster Utility Service,    39 W. Chestnut St.,    PO Box 1020,
                Lancaster, PA 17608-1020
13699461        Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20811-0001
13743494       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    P.O. Box 619096,   Dallas, TX 75261-9741)
13699462        Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13699464       +PPL Electric,    2 North 9th St.,    Allentown, PA 18101-1179
13699463       +Penn Waste, INC.,    P.O. Box 3066,    York, PA 17402-0066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Apr 06 2017 01:35:33     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 01:35:15
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2017 01:35:26     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13713879        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 06 2017 01:31:09
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK  73124-8848
13718416        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2017 01:35:15
                Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
13699465        E-mail/Text: bkrcy@ugi.com Apr 06 2017 01:35:35     UGI Utilities, Inc.,    P.O. Box 15523,
                Wilmington, DE 19886-5523
13722763        E-mail/Text: bkrcy@ugi.com Apr 06 2017 01:35:35     UGI Utilities, Inc.,    PO Box 13009,
                Reading PA 19612
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13772395       PPL Electric Utilities, 827 Hausman Road, Allentow
13735382*     +Penn Waste Inc.,   PO BOX 3066,   York, PA 17402-0066
13718417*      Pennsylvania Department of Revenue,   Bankruptcy division,   P O Box 280946,
               Harrisburg P A 17128-0946
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BARRY N. HANDWERGER    on behalf of Creditor   City of Lancaster, Pennsylvania bnh@zpnalaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER philaecf@gmail.com,
               ecfemails@ph13trustee.com

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                   Date Rcvd: Apr 05, 2017
                              Form ID: pdf900            Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
        ZACHARY  PERLICK    on behalf of Debtor Milagros  Santiago Perlick@verizon.net, pireland1@verizon.net

        TOTAL: 8

In re                                      :        Chapter 13

MILAGROS SANTIAGO

Debtor(s)
                                           :        Bankruptcy No. 16-12136AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 5th day of April, 2017 upon consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

D. the plan has been proposed in good faith and not by any means forbidden by law;

E. the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;

F. with respect to each allowed secured claim provided for by the plan-
   (1) the holder of such claim has accepted the plan;
   (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and
       (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
   (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and

G. the debtor will be able to make all payments under the plan and to comply with the plan;

WHEREFORE, it is ORDERED:

1. that the plan is CONFIRMED

2. that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and

3. that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge