# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Milagros Santiago | Debtor(s) | CHAPTER 13 |
| Nationstar Mortgage LLC | Movant | |
| vs. | | NO. 16-12136-AMC |
| Milagros Santiago | Debtor(s) | |
| William C. Miller, Esq. | Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 25th day of July, 2017 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified with respect to the subject premises located at 719 First Street, Lancaster, PA 17603 ("Property"), so as to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                                Ashely M. Chan
                                                United States Bankruptcy Court

Milagros Santiago
719 First Street
Lancaster, PA 17603

Zachary Perlick Esq.
1420 Walnut Street, Suite 718
Philadelphia, PA 19102

William C. Miller, Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532