United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12136-amc
Milagros Santiago                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2           Date Rcvd: Oct 03, 2017
                              Form ID: pdf900          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
db            +Milagros Santiago,    719 First Street,    Lancaster, PA 17603-3623
cr            +City of Lancaster, Pennsylvania,    ZPNA,    22 South Duke Street,    Lancaster, PA 17602-3508
13699459       City of Lancaster,    39 W. Chestnut St.,    PO Box 1020,    Lancaster, PA 17608-1020
13699460       City of Lancaster Utility Service,    39 W. Chestnut St.,    PO Box 1020,
                Lancaster, PA 17608-1020
13699461       Geico Remittance Center,    1 Geico Plaza,    Bethesda, MD 20811-0001
13743494      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court:  Nationstar Mortgage LLC,    P.O. Box 619096,    Dallas, TX 75261-9741)
13699462       Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
13699464      +PPL Electric,    2 North 9th St.,    Allentown, PA 18101-1179
13699463      +Penn Waste, INC.,    P.O. Box 3066,    York, PA 17402-0066

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: bankruptcy@phila.gov Oct 04 2017 01:44:06      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:41
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2017 01:43:58      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13713879       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2017 01:54:09
                American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                Oklahoma City, OK   73124-8848
13718416       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:43:40
                Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
13699465       E-mail/Text: bkrcy@ugi.com Oct 04 2017 01:44:18      UGI Utilities, Inc.,    P.O. Box 15523,
                Wilmington, DE 19886-5523
13722763       E-mail/Text: bkrcy@ugi.com Oct 04 2017 01:44:18      UGI Utilities, Inc.,    PO Box 13009,
                Reading PA 19612
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13772395       PPL Electric Utilities, 827 Hausman Road, Allentow
13735382*     +Penn Waste Inc.,    PO BOX 3066,    York, PA 17402-0066
13718417*      Pennsylvania Department of Revenue,    Bankruptcy division,    P O Box 280946,
                Harrisburg P A 17128-0946
                                                                                   TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BARRY N. HANDWERGER    on behalf of Creditor   City of Lancaster, Pennsylvania bnh@zpnalaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Oct 03, 2017
                              Form ID: pdf900              Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
        ZACHARY   PERLICK    on behalf of Debtor Milagros  Santiago Perlick@verizon.net,
         pireland1@verizon.net

                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MILAGROS SANTIAGO                                    Chapter 13

                Debtor                    Bankruptcy No. 16-12136-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this __3rd__ day of __October__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
MILAGROS SANTIAGO

719 FIRST STREET

LANCASTER, PA 17603-